

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00785-CV

Maria **TIJERINA** and Tiburcia Holguin,
Appellants

v.

Jose **GOMEZ**, German Gomez, Jorge Humberto Valadez Jr. and Sonia Frausto,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-05-26518-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

The clerk's record and reporter's record were originally due to be filed in this appeal on December 13, 2013. On December 18, 2013, this court notified the trial court clerk and the court reporter that the records were late. Both the trial court clerk and court reporter filed notifications of late record, stating that the records had not been filed because appellants had failed to pay or make arrangements to pay the fees for preparing the records and that appellants are not entitled to appeal without paying the fees.

On December 31, 2013, appellants' attorney filed a letter in this court stating his intent to have the trial court reconsider appellants' indigence status. On February 15, 2014, appellants' attorney filed a copy of the trial court's order granting appellants' motion to reconsider their indigence status and ordering that appellants are entitled to appeal without paying the fees or costs for the records.

It is therefore ORDERED that clerk's record and reporter's record be filed in this appeal no later than thirty days from the date of this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.



Keith E. Hottle
Clerk of Court